■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS SABATINI, Appellant.—Appeal by the defendant from a judgment of the County Court, Putnam County (Sweeny, J.), rendered January 8, 1991, convicting him of burglary in the third degree and attempted grand larceny in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon exercise of our factual review power, we find that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The sentence was not excessive *(People v Suitte,* 90 AD2d 80). Thompson, J. P., Balletta, Eiber and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NESTOR SOLANO, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Orenstein, J.), rendered September 2, 1988, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK STYLE, Appellant.—Appeals by the defendant from two judgments of the Supreme Court, Kings County (Feldman, J.), both rendered April 4, 1991.

Ordered that the judgments are affirmed *(see, People v Pellegrino,* 60 NY2d 636). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.